✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Buck, Sean | Docket No. | 0980 4:18CR06031-002 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sean Buck, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 24th day of October 2018 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 12 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On October 26, 2018, Sean Buck violated the conditions of release of using fentanyl and methamphetamine.

On October 25 and 29, 2018, the conditions of release were reviewed with Mr. Buck by a probation officer and the defendant signed a copy of the release conditions on October 29, 2018.

On October 29, 2018, Sean Buck was directed to report to the probation office and submit to urine drug testing. Prior to the testing the defendant admitted, in writing, to using fentanyl and methamphetamine on October 26, 2018. On November 5, 2018, a laboratory report was received from Alere confirming the presence of fentanyl and methamphetamine in Mr. Buck's urine.

**Violation #2**: On November 5, 2018, Sean Buck violated the conditions of release by failing to provide a urine sample as directed.

On October 25 and 29, 2018, the conditions of release were reviewed with Mr. Buck by a probation officer and the defendant signed a copy of the release conditions on October 29, 2018.

On October 29, 2018, Sean Buck was enrolled in the drug testing program and referred to Merit Resource Services. Mr. Buck was directed to call Merit daily and report to the testing center when his color, brown, was indicated. On November 5, 2018, the color brown was indicated and Mr. Buck reported to Merit as directed. While at the center, the defendant failed to produce urine and left the center without submitting to urine drug testing. Mr. Buck claimed that he thought he was prepared to provide urine, but could not. He further claimed that he could not reach anyone at the probation office to extend his curfew so he left without providing a urine sample.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 8, 2018

by s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

11/8/2018

Date