PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 29 2018
SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

| U.S.A. vs. | Buck, Sean | Docket No. | 0980 4:18CR06031-002 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sean Buck, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 24th day of October 2018 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 12 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #3:** On November 8, 2018, Sean Buck violated the conditions of release by testing positive for the use of fentanyl.

On October 25 and 29, 2018, the conditions of release were reviewed with Mr. Buck by a probation officer and the defendant signed a copy of the release conditions on October 29, 2018.

On November 8, 2018, Sean Buck was directed to report to the probation office and submit to urine drug testing due to missing a drug test on November 5, 2018. On November 17, 2018, a laboratory report was received from Alere confirming the presence of fentanyl in Mr. Buck's urine.

**Violation #4**: On November 14, 2018, Sean Buck violated the conditions of release by testing positive for the use of fentanyl.

On October 25 and 29, 2018, the conditions of release were reviewed with Mr. Buck by a probation officer and the defendant signed a copy of the release conditions on October 29, 2018.

On October 29, 2018, Sean Buck was enrolled in the drug testing program and referred to Merit Resource Services. Mr. Buck was directed to call Merit daily and report to the testing center when his color, brown, was indicated. On November 14, 2018, the color brown was indicated and Mr. Buck reported to Merit as directed and submitted a urine sample. On November 23, 2018, a laboratory report was received from Alere confirming the presence of fentanyl in Mr. Buck's urine.

PRAYING THAT THE COURT WILL INCORPORATE WITH THE VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 29, 2018

by s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/29/2018
Date