✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Buck, Sean | Docket No. | 0980 4:18CR06031-002 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sean Buck, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 24th day of October 2018 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 12 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)


**Violation #5:** On November 29, 2018, Sean Buck violated the conditions of release by using methamphetamine.

On October 25 and 29, 2018, the conditions of release were reviewed with Mr. Buck by a probation officer and the defendant signed a copy of the release conditions on October 29, 2018.

On November 29, 2018, Sean Buck was directed to report to the probation office and submit to urine drug testing following a court hearing.  As the sample was about to be collected, the defendant admitted to using methamphetamine earlier that same day before the hearing.  Mr. Buck signed a written admission to using methamphetamine.


PRAYING THAT THE COURT WILL INCORPORATE WITH THE VIOLATION PREVIOUSLY REPORTED TO THE COURT AND ISSUE A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: | November 30, 2018 |
| by | s/Curtis G. Hare | |
| | Curtis G. Hare U.S. Pretrial Services Officer | |

PS-8

Re: Buck, Sean
November 3, 2018
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer
11/30/2018

Date