FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SEAN BUCK,<br><br>                Defendant. | No. 4:18-CR-06031-EFS-2<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE**<br><br>**U.S.P.O. Action Required** |

Before the Court, without oral argument, is Defendant Sean Buck's Motion to Modify Conditions of Pretrial Release (Unopposed), ECF No. 122, and related Motion to Expedite, ECF No. 123. As part of his pretrial conditions, Special Condition #11 requires Defendant to be "restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment." ECF No. 71. Defendant filed a motion to modify this condition to allow Defendant to leave his home between 7:00 a.m. and 9:00 p.m. ECF No. 122. Defendant states this modification would allow him to participate "even more vigorously" in a Narcotics

Anonymous program. *Id.* He would also like the ability to work more shifts at his new place of employment. *Id.*

Although Defendant has not been wholly compliant with his pretrial release conditions, he has not had any substantial violations since he completed inpatient treatment. ECF No. 122. He has also secured employment since participating in treatment. *Id.* Further, counsel for the Government, Stephanie Van Marter, and U.S. Probation Officer Hare do not object to this modification. *Id.* Accordingly, the Court finds good cause to grant the Motion and modifies Special Condition #11 as outlined below.

**IT IS HEREBY ORDERED:**

1. Defendant Sean Buck's Motion to Expedite, **ECF No. 123**, is **GRANTED.**

2. Defendant Sean Buck's Motion to Modify Conditions of Pretrial Release (Unopposed), **ECF No. 122,** is **GRANTED.**

3. **Special Condition #11** of Defendant's pretrial release conditions **SHALL BE MODIFIED** as follows: "Defendant shall be restricted to his residence from 9:00 p.m. to 7:00 a.m. except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Officer or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing, or mental health treatment."

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to counsel for Defendant and the U.S. Probation Office.

**DATED** this  2nd  day of May 2019.

> s/Edward F. Shea
> EDWARD F. SHEA
> Senior United States District Judge