# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Buck, Sean | Docket No. | 0980 4:18CR06031-EFS-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sean Buck, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 24th day of October 2018 under the following conditions:

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: On May 8, 2019, Sean Buck violated the conditions of release by failing to provide a urine sample as directed.

On October 25 and 29, 2018, the conditions of release were reviewed with Mr. Buck by a probation officer and the defendant signed a copy of the release conditions on October 29, 2018.

On February 19, 2019, Sean Buck was enrolled in the drug testing program and referred to Merit Resource Services. Mr. Buck was directed to call Merit daily and report to the testing center when his color, brown, was indicated. On May 8, 2019, the color brown was indicated, but Mr. Buck failed to report for testing. Mr. Buck presented himself to the probation office early on May 9, 2019, and admitted to his failure to report for testing the previous day. The defendant submitted to urine drug testing, which was negative. The sample was sent to the laboratory for special Fentanyl testing and this officer received the negative test result on May 13, 2019.

This officer confronted Mr. Buck regarding the missed test. He stated he had inadvertently silenced the alarm he had set for calling the color line because he had used the same ring tone as his phone calls. Mr. Buck was reprimanded regarding his failure to report for testing. Mr. Buck identified a strategy to help him avoid missing any further drug tests. Mr. Buck is currently involved in intensive outpatient substance abuse treatment following his successful completion of residential treatment. All urine drug tests have been negative.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: May 15, 2019 |
| | by | s/Curtis G. Hare |
| | | Curtis G. Hare
U.S. Pretrial Services Officer |

THE COURT ORDERS

[x]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

5/15/2019

Date