FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEAN BUCK,<br><br>　　　　Defendant. | No.　4:18-CR-6031-EFS-2<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND RELATED MOTION TO EXPEDITE** |

Before the Court, without oral argument, are the Defendant Sean Buck's Motion to Modify Conditions of Pretrial Release and related Motion to Expedite. ECF Nos. 145 & 146. Defendant asks the Court to eliminate pretrial release Special Condition No. 10, which required Defendant to participate in an electronic monitoring program by wearing a GPS device and to pay for all or part of the cost for the GPS device. Defendant asks that this condition be eliminated as he has been compliant with the terms of release for a year, the cost for the device has become a hardship as his work hours have recently decreased, and continued wearing of the device has become physically uncomfortable. Defense counsel avers that the U.S. Probation Office and counsel for the Government do not oppose this request.

Under these particular circumstances, the Court finds good cause to eliminate Special Condition No. 10.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Pretrial Release and related Motion to Expedite, **ECF Nos. 145 & 146**, are **GRANTED.**

2. Special Condition No. 10, listed in ECF No. 71, is eliminated.

3. Defendant shall abide by all other conditions of release as set forth in ECF No. 71 (as modified by ECF No. 124).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to all counsel and the U.S. Probation Office.

**DATED** this __20th__ day of March 2020.

           s/Edward F. Shea
           EDWARD F. SHEA
        Senior United States District Judge